EEOC Form 161-B (01/2022)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Ms. Sharon D. Mourning<br>10226 Sterling Ridge Dr<br>CORDOVA, TN 38018 | From: | Memphis District Office<br>200 Jefferson Ave, Suite 1400<br>Memphis, TN 38103 |
|---|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 490-2023-00905 | JOSEPH SPARKMON,<br>Federal Investigator | 901-685-4639 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

- More than 180 days have passed since the filing of this charge.

- The EEOC is terminating its processing of this charge.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Digitally Signed By: Edmond Sims
09/20/2023

**Edmond Sims**
**Acting District Director**

Enclosures(s)

cc: Penelope Springer
Downtown Memphis Commission
114 N Main St
Memphis, TN 38103
Sean O'Brien
Littler Mendelson
8721 WINCHESTER RD STE 3000
Memphis, TN 38125
Paul E Prather
Littler Mendelson, P.C.
8721 WINCHESTER RD STE 3000
Memphis, TN 38125

Pamela Moses
pamelamoses.blm@gmail.com

Enclosure with EEOC
Form 161-B (01/2022)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS**   --   **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of **the date you *receive* this Notice**. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS**   --   **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION**   --   **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE**   --   **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this **Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

ABOUT

# Working at the Downtown Memphis Commission

The DMC works to develop a Downtown for Everyone and offers an engaging, fun, team-oriented work environment in Downtown Memphis.

We offer a competitive benefits package, including paid time off for full-time employees, paid office holidays, employer-supported medical, dental and vision insurance, 457b plan, and pension contribution.

The Downtown Memphis Commission is an Equal Opportunity Employer – we are committed to diversity.

## Open Positions:

**Blue Suede Brigade**

Under the supervision of the Blue Suede Brigade Leads, Supervisors, and Director of Safety & Hospitality, the Blue Suede Brigade is responsible for patrolling Downtown Memphis as hospitality and safety ambassadors for the City of Memphis and Downtown; serving as supplemental eyes and ears for the business community and law enforcement agencies; and monitoring environmental conditions in the Downtown area.

Learn more and apply:

Blue Suede Brigade Officer →

[General Employment Application →](#)



**114 N. MAIN ST.
MEMPHIS, TN 38103
901-575-0540**



© 2023 DOWNTOWN MEMPHIS COMMISSION.
ALL RIGHTS RESERVED.
WEBSITE BY GEOCENTRIC.

ABOUT

# Blue Suede Brigade

The Downtown Memphis Commission (DMC) is seeking multiple candidates to be a part of our Blue Suede Brigade (BSB) team on a full-time and part-time basis.

Employment Application →

**Interviews ongoing. Open until filled.**
**Hiring bonus of $200 for new full-time and $100 for new part-time Brigadiers, paid after 90-day evaluation.**

**POSITION SUMMARY:**

Under the supervision of the Blue Suede Brigade Leads, Supervisors, and Director of Safety & Hospitality, the Blue Suede Brigade is responsible for patrolling Downtown Memphis as hospitality and safety ambassadors for the City of Memphis and Downtown; serving as supplemental eyes and ears for the business community and law enforcement agencies; and monitoring environmental conditions in the Downtown area.

**ESSENTIAL FUNCTIONS:**

- Create a friendly, helpful environment in Downtown's public spaces by being assertively friendly, cheerful and welcoming and by offering assistance to visitors, workers and residents while patrolling Downtown
- Provide information on activities, services, history, development and other facts about Downtown
- Give accurate directions to specific Downtown locations and other destinations in the Memphis area

- Observe and report safety and environmental issues and general street activity
- Maintain routine two-way radio contact with other brigadiers and, as needed, the Memphis Police Department's Downtown Precinct
- Report and react to emergency situations appropriately
- Deter panhandling and other nuisances, e.g. perform minor litter removal
- Visit businesses to provide, and share, appropriate information, and maintain positive relationships
- Ensure the patrol area is provided with high-quality security services to protect people and property
- Effectively patrol the area on a bicycle, Segway or afoot
- Build, improve and maintain effective relationships with both client employees and guests, and the general public
- Report safety concerns, security breaches and unusual circumstances verbally and in writing
- Handle security issues and emergency situations according to protocol
- Monitor closed circuit television systems and alarms
- Use web-based incident reporting software via handheld device (training provided)
- Monitor compliance with parking, vending, Main Street Mall access, and other civil ordinances
- Issue city parking citations on Main Street and connecting streets/alleys
- Assist with distribution of correspondence and materials to Downtown locations
- Other duties as assigned

**POSITION REQUIREMENTS:**

- Ability and willingness to walk up to an eight-hour patrol beat outdoors in all types of weather
- Outgoing and friendly disposition; ability to work with diverse groups of people
- Ability to remain flexible in an ever-changing environment; adapt well to different situations
- Ability to use Segway (training provided) and ride a bicycle
- Ability to lift 50lbs

- Ability to work in a team-oriented atmosphere and/or unsupervised for extended periods of time
- Basic knowledge of and interest in Downtown and the City of Memphis (or ability to obtain/retain this knowledge)
- Good interpersonal, oral, and written communication skills
- Physically capable of bicycle and Segway patrol (training provided) for several hours at a time
- Active Tennessee Security Guard License preferred (DMC will assist to acquire)
- Previous security, military or law enforcement experience preferred
- Neat and professional appearance
- Ability to handle emergency situations efficiently and effectively at client site
- Stable and dependable work history with references
- Satisfactory completion of a background security check
- Willing to submit to a substance screening at time of employment and randomly thereafter
- Must be at least 18 years of age or older as required by applicable law and possess a high school diploma or GED

**WORKING CONDITIONS:**

- Outdoor patrol plus office assignments and inside visits to businesses
- Shifts may vary:  morning, evening and weekend, with some late nights and early mornings

**Please email all resume submission to Christine Taylor, taylor@downtownmemphis.com.**



**114 N. MAIN ST.**
**MEMPHIS, TN 38103**
**901-575-0540**

© 2023 DOWNTOWN MEMPHIS COMMISSION.
ALL RIGHTS RESERVED.
WEBSITE BY GEOCENTRIC.

ABOUT

# Downtown Memphis Commission: Mission and Primary Metrics

The Downtown Memphis Commission (DMC) drives Downtown's role as the economic, cultural, and governmental core of our city and county.

The DMC is funded by an assessment on commercial property in the Central Business Improvement District (CBID), which is reinvested into funding incentives and activations designed to support the growth of both Downtown's population and appraised commercial property values.



Through our investment in Downtown development, infrastructure, vibrancy, and activation, we are creating a stronger Downtown Memphis—a Downtown for everyone.

Learn more on the DMC's State of Downtown Dashboard.

State of Downtown Dashboard →

The DMC's two primary metrics for success are:

1) an **increase in the number of people** living, working and engaging in Downtown, and
2) an **increase in Downtown commercial property values**

To accomplish these goals, the DMC implements a variety of programs and tools to foster development and investment and to make Downtown active, walkable, clean, safe, inclusive, and interesting.  View our programs and our boundary map.

## Commitment to Community

The Downtown Memphis Commission staff and boards regularly lead the community-focused efforts to better Downtown, including our recent work on **BuildDowntown – the Downtown Memphis Master Plan** and the **Downtown Memphis Parking Study;** as well as a **Retail Action Plan** to inform the master plan and future retail strategy.

With recommendations from our staff, our boards approve development **incentives** and **design approvals** for signage and project design throughout the CBID. Our staff also creates and/or supports multiple **Downtown events, with nearly 200 free events each year,** further investing in a Downtown that is attractive to residents, office workers, and visitors.

In keeping with **our dedication to developing a Downtown for Everyone**, our commitment to diversity is always a top priority. Our minimum minority participation level for incentivized projects is 25%.

The **Minority & Women-owned Business Enterprise** (MWBE) participation in all DMC-incented projects from 2010 through October 2020 is 31%, and our **internal MWBE spend for FY19 is 29**%



**114 N. MAIN ST.
MEMPHIS, TN 38103
901-575-0540**



© 2023 DOWNTOWN MEMPHIS COMMISSION.
ALL RIGHTS RESERVED.
WEBSITE BY GEOCENTRIC.